Russell S. Buhite, OR 14529
Russell.Buhite@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone:   206-693-7052
Fax:              206-693-7058

Attorney for Defendants Wal-Mart Stores, Inc.
Associates' Health and Welfare Plan,
and Liberty Life Assurance Company of Boston

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| JENNIFER BARNARD,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. ASSOCIATES' HEALTH AND WELFARE PLAN, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Case No.: 6:17-cv-00642-MC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

**THE PARTIES,** by and through their undersigned counsels of record, hereby stipulate and agree that the claim of Plaintiff, Jennifer Barnard, against Defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan may be dismissed with prejudice and without costs or attorney fees to either party.

//

//

//

1 – STIPULATION AND ORDER OF
DISMISSAL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7060 | Fax: 813.289.6530

Dated: July 24, 2017

| | |
|---|---|
| **Loren Collins, P.C.** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| By: /s/ LOREN W. COLLINS<br>   Loren W. Collins, OR 822213<br>   Lorencollins2014@outlook.com<br>   971-273-0427<br>   Attorneys for Plaintiff | By:  /s/ RUSSELL S. BUHITE<br>   Russell S. Buhite, OR 14529<br>   Russell.Buhite@ogletree.com<br>   206-693-7052<br>   Attorney for Defendants Wal-Mart Stores, Inc. Associates' Health and Welfare Plan, and Liberty Life Assurance Company of Boston |

## ORDER

**IN CONFORMITY** with the foregoing Stipulation, this action and all parts thereof are hereby dismissed as to Defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan with prejudice and without recovery of costs or attorney fees to either party.

DATED this __25__ day of __July__, 2017

_____
MICHAEL J. McSHANE
UNITED STATES DISTRICT JUDGE

2 – STIPULATION AND ORDER OF DISMISSAL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7060 | Fax: 813.289.6530

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2017 I served the foregoing STIPULATION AND ORDER OF DISMISSAL on:

Loren W. Collins
Loren Collins, P.C.
780 Commercial St. SE, Ste. 202
Salem, OR 97301
T: 971.273.0427
F: 503.689.1493
Lorencollins2014@outlook.com

Attorney for Plaintiff Jennifer Barnard

☒ by **electronic** means through the Court's eFile and Serve system.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed above. It was contained in a sealed envelope and addressed as stated above.

☐ by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed above. It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

By: /s/ Russell S. Buhite
Russell S. Buhite, OR 14529
(206) 693-7052

30388332.1

30633587.1

3 – STIPULATION AND ORDER OF DISMISSAL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206-693-7060 | Fax: 813.289.6530